RECEIVED
2011 OCT 25 P 2: 31

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., <br><br>Plaintiff, <br><br>v. <br><br>GARMIN INTERNATIONAL, INC., IMPLUS FOOTCARE, LLC, doing business as HIGHGEAR, POLAR ELECTRO, INC. BRUNTON, doing business as BRUNTON OUTDOOR GROUP, AND CASIO AMERICA, INC., <br><br>Defendant. | CASE NO. Cv-11-4049(LHK) <br><br>(Proposed) <br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David C. Lee, whose business address and telephone number is

Sills Cummis & Gross P.C., 30 Rockefeller Plaza, New York, New York 10112
Tel: (212) 643-7000

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Casio America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 7, 2011

*Lucy H. Koh*
United States District Judge
Honorable Lucy H. Koh