**RECEIVED** UNITED STATES DISTRICT COURT

NOV 14 2011    NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

ADVANCED SPORTS TECHNOLOGY, INC.

Plaintiff(s),

v.

GARMIN INTERNATIONAL, INC., et al.

Defendant(s).

CASE NO. 5:11-CV-04049-LHK

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John P. Moran, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is, Holland & Knight, LLP, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C., 20006; Tel: (202) 955-3000; email: John.Moran@hklaw.com having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing POLAR ELECTRO, INC., Defendant.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 18, 2011

_Lucy H. Koh_
United States Judge
Hon. Lucy H. Koh