HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar No. 103578)
John P. Moran (*Pro Hac Vice*)
Janelle M. Smith  (California Bar No. 231801)
50 California Street, Suite 2800
San Francisco, California  94111
Telephone: 415.743.6900
Fax:         415.743.6910
E-mail:matthew.vafidis@hklaw.com
        john.moran@hklaw.com
        janelle.smith@hklaw.com

Attorneys for Defendant
POLAR ELECTRO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GARMIN INTERNATIONAL, INC. IMPLUS FOOTCARE, LLC dba HIGHGEAR, POLAR ELECTRO, INC., BRUNTON dba BRUNTON OUTDOOR GROUP, AND CASIO AMERICA, INC.,<br><br>Defendants. | Case No.: 5:11-CV-04049-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING POLAR ELECTRO, INC.S' REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>[L.R. 16-10(a)]<br><br>Date:     February 8, 2012<br>Time:    2:00 p.m.<br>Dept.:    8<br>Judge:   The Hon. Lucy H. Koh<br><br>Complaint Filed:   August 18, 2011<br>Trial Date:            None Set |

Defendant, POLAR ELECTRO, INC. ("Polar") filed a request to appear by telephone at the Initial Case Management Conference set for February 8, 2012 at 2:00 p.m. before Judge Lucy H. Koh.  This request was filed one week prior to the case management conference pursuant to L.R. 16-10(a) and the Calendar Scheduling Order Notes for Judge Koh.

This Court, having reviewed the Request and Declaration submitted, hereby finds and rules as follows:

THE COURT FINDS that good cause for a telephonic appearance is set forth as follows:

1. The office of Polar's lead counsel, John Moran, is located in Washington, D.C.
2. In order to reduce the cost-burden to Polar, Polar's lead counsel requests to appear by telephone.
3. The parties are cooperating in drafting the joint case management statement, and have discussed the contents pursuant to the Standing Order for All Judges of the Northern District of California.

NOW, THEREFORE, IT IS HEREBY ORDERED that pursuant to L.R. 16-10, Defendant, Polar Electro, Inc.'s Request for Telephonic Appearance is granted.

IT IS SO ORDERED.

Dated: 2/1/12

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court, Northern District of California, San Jose Division.

- 2 -

Polar's Request for Telephonic Appearance       5:11-CV-04049-LHK