UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., ) | Case No.: 11-CV-04049-LHK |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PARTIES TO FILE |
| v. ) | JOINT CASE MANAGEMENT |
| ) | STATEMENT |
| GARMIN INTERNATIONAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for February 8, 2012, as required pursuant to Federal Rule of Civil Procedure 26(f)(1)-(2). The parties are hereby ORDERED to file one joint case management statement by Monday, February 6, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

1

Case No.: 11-CV-04049-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT