# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AVOCET SPORTS
TECHNOLOGY, INC.,
_____,
                    Plaintiff(s),

CASE NO. 5:11-cv-04049-~~LHK~~  JW

                    v.

GARMIN INTERNATIONAL,
INC., et al.,_____,
                    Defendant(s).
_____/

STIPULATION AND ~~[PROPOSED~~]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☑   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐   Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order
    referring the case to an ADR process unless otherwise ordered. )*
☑   other requested deadline After Phase One proceedings, as proposed
                             in Case Management Conference Report
                             filed herewith.

Dated: Feb. 3, 2012                        /s/ Frear Stephen Schmid
                                           Attorney for Plaintiff

Dated: Feb. 3, 2012                        /s/ Michelle L. Marriott
                                           Attorney for Defendant GARMIN
                                           /s/ Rachel M. Walsh
                                           Attorney for Def. Casio

Dated:  Feb. 3, 2012                       /s/ Janelle M. Smith
CONTINUE TO FOLLOWING PAGE                 Attorney for Def. Polar Electro

**[PROPOSED]** **ORDER**

| X | The parties' stipulation is adopted and IT IS SO ORDERED. |
|---|---|
| ☐ | The parties' stipulation is modified as follows, and IT IS SO ORDERED. |

Dated:  February 14, 2012

_____

CHIEF DISTRICT

UNITED STATES ~~MAGISTRATE~~ JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11