| | |
|---|---|
| 1 | Julie S. Turner (State Bar No. 191146) |
| | turner@turnerboyd.com |
| 2 | Joshua M. Masur (State Bar No. 203510) |
| | masur@turnerboyd.com |
| 3 | TURNER BOYD LLP |
| | 2570 W. El Camino Real, Suite 380 |
| 4 | Mountain View, California 94040 |
| | Telephone: (650) 521-5930 |
| 5 | Facsimile: (650) 521-5931 |

*Attorney for Defendant
Garmin International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC. | Case No. 11-cv-04049-JW |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GARMIN INTERNATIONAL, INC.** |
| GARMIN INTERNATIONAL, INC., et al., | |
| Defendants. | [~~PROPOSED~~] ORDER |

TO THE COURT, TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Garmin International, Inc. ("Garmin) hereby substitutes Turner Boyd LLP in place of Shook, Hardy & Bacon L.L.P. as its counsel of record in this action. The contact information for new counsel is as follows:

>Julie S. Turner (SBN 191146)
>*turner@turnerboyd.com*
>TURNER BOYD LLP
>2570 W. El Camino Real, Suite 380
>Mountain View, California 94040
>Telephone: (650) 521-5930
>Facsimile: (650) 521-5931

Joshua M. Masur (SBN 203510)
*masur@turnerboyd.com*
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Counsel requests that copies of all pleadings, discovery, correspondence, and other materials be served upon counsel as listed above.

Respectfully Submitted,

TURNER BOYD LLP

Dated: March 6, 2012

/s/ Julie S. Turner

Julie S. Turner (SBN 191146)
turner@turnerboyd.com
Joshua M. Masur (SBN 203510)
masur@turnerboyd.com
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Attorney for Defendant
GARMIN INTERNATIONAL, INC.

## CONSENT TO SUBSTITUTION

I, Andrew L. Chang, on behalf of Shook, Hardy & Bacon L.L.P., hereby consent to this substitution.

Dated: March 6, 2012

By: _____
Andrew L. Chang

**IT IS SO ORDERED:**

Dated: March 9, 2012

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE