FREAR STEPHEN SCHMID, CSB #96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5957
FACSIMILE: (415) 788-5958

Attorney for Plaintiff and Counter-Defendant
AVOCET SPORTS TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARMIN INTERNATIONAL, INC., POLAR ELECTRO, INC., AND CASIO AMERICA, INC., <br><br> Defendants. | No. 3:11-cv-04049-JW <br><br> [PROPOSED] **ORDER GRANTING DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS POLAR ELECTRO, INC. AND CASIO AMERICA, INC. DUE TO MISJOINDER WITHOUT PREJUDICE TO RE-FILE AS A SEPARATE ACTION** |

The court having considered the stipulation of counsel and its prior order of March 22, 2012 (Doc 109), and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1.  Plaintiff AVOCET SPORTS TECHNOLOGY, INC.'s claims against defendants POLAR ELECTRO, INC. ("Polar") AND CASIO AMERICA, INC. ("Casio") are hereby dismissed under Federal Rules of Civil Procedure 21, without prejudice to plaintiff to re-file as separate actions against each of them, provided plaintiff files such separate actions within ten (10) days of the issuance of this order.

2. Plaintiff's claims against defendant GARMIN INTERNATIONAL, INC. ("Garmin") shall remain in this case.

DATED: April __27__, 2012



_____
James Ware
United States District Chief Judge