United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Avocet Sports Tech., Inc.,<br><br>        Plaintiff,<br>  v.<br><br>Garmin Int'l., Inc., et al.,<br><br>        Defendants.<br>_____/<br><br>  v.<br><br>Polar Electro, Inc.,<br><br>        Defendant.<br>_____/<br><br>  v.<br><br>Casio America, Inc.,<br><br>        Defendant.<br>_____/ | NO. C 11-04049 JW<br>NO. C 12-02234 JW<br>NO. C 12-02235 JW<br><br>**ORDER FOLLOWING CASE**<br>**MANAGEMENT CONFERENCE** |

On May 14, 2012, the Court held a Case Management Conference in the above-captioned matters. Counsel for all parties were present. Pursuant to the discussion at the Conference, the Court ORDERS as follows:

(1) A hearing on a Motion to Dismiss in one of the above-captioned cases is currently scheduled for June 11, 2012.[1] Insofar as any other Defendant wishes to oppose a current Complaint via a Rule 12(b)(6) motion, that Defendant shall join in the Garmin Motion. The parties shall stipulate to an expedited briefing schedule.

(2) The Court sets **July 9, 2012 at 10 a.m.** for a further Case Management Conference in these cases. On or before **June 29, 2012**, the parties shall file a Joint Case Management Conference Statement including, *inter alia*, discussion of the status of discovery and proposals for further scheduling.

(3) The Court adopts the parties' proposed schedule[2] as to the following events:

    (a) On or before **May 21, 2012**, the parties shall exchange Initial Disclosures.

    (b) On or before **May 28, 2012**, Plaintiff shall serve its Damages Contentions.

    (c) On or before **June 11, 2012**, Defendants shall respond to the Damages Contentions.

The Court declines to schedule any further dates as premature at this time. At the July 9 Case Management Conference, the Court will schedule further dates as necessary.

Further, the Court would wish the parties, in their initial discovery, to focus on the issues identified at the May 14 Conference–including issues relating to notice, damages and the issue of laches–so as to enhance the possibility that this case may be suitable for early resolution.

Dated: May 14, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Garmin's Motion to Dismiss Plaintiff's Amended Claims for Induced and Willful Infringement Under Rule 12(b)(6), hereafter, "Garmin Motion," Docket Item No. 114 in No. C 11-04049 JW.)

[2] (See Docket Item No. 113 at 8 in No. C 11-04049 JW.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Prescott Seitz adam.seitz@eriseip.com
David C. Lee dlee@sillscummis.com
Frear Stephen Schmid frearschmid@aol.com
Janelle M Smith Janelle.Smith@hklaw.com
John P. Moran john.moran@hklaw.com
Joshua M Masur masur@turnerboyd.com
Julie Sandra Turner turner@turnerboyd.com
Katherine M. Lieb Klieb@sillscummis.com
Michael John Lyons mlyons@morganlewis.com
Michelle Lyons Marriott michelle.marriott@eriseIP.com
Pablo D. Hendler pablo.hendler@ropesgray.com
Rachel Melissa Walsh rwalsh@morganlewis.com
Robert J. Goldman robert.goldman@ropesgray.com
Scott D. Stimpson sstimpson@sillscummis.com

**Dated: May 14, 2012**                    **Richard W. Wieking, Clerk**


**By:      /s/ JW Chambers
        William Noble
        Courtroom Deputy**