*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARMIN INTERNATIONAL, INC., et al., <br><br> Defendants. <br>_____/ <br><br> v. <br><br> POLAR ELECTRO, INC., <br><br> Defendant. <br>_____/ <br><br> v. <br><br> CASIO AMERICA, INC., <br><br> Defendant. <br>_____/ | No. 3:11-cv-04049-JW <br> No. 3:12-cv-02234-JW <br> No. 3:12-cv-02235-JW <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION TO RESCHEDULE PHASE 1 DISCOVERY CUTOFF AND MOTION FOR SUMMARY JUDGMENT HEARING DATE** |

**GOOD CAUSE APPEARING**, the First Scheduling Order (Doc 126) is modified as follows:

1. The September 10, 2012 discovery cutoff date is hereby re-set to the date of **November 13, 2012**, and

2. The hearing date of the defendants' anticipated motions for summary judgment as to the issues of notice, laches, and damages shall be set for **January 7, 2013, at 9:00 AM.**

**IT IS SO ORDERED**.

DATED: August 29, 2012

_____
Honorable James Ware
United States District Court Judge