**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br> v. <br><br> GARMIN INTERNATIONAL, INC., et al., <br><br>    Defendants. <br> _____/ <br><br> v. <br><br> POLAR ELECTRO, INC., <br><br>    Defendant. <br> _____/ <br><br> v. <br><br> CASIO AMERICA, INC., <br><br>    Defendant. <br> _____/ | No. 3:11-cv-04049-JW <br> No. 3:12-cv-02234-JW <br> No. 3:12-cv-02235-JW <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION TO RESCHEDULE PHASE 1 DISCOVERY CUTOFF AND MOTION FOR SUMMARY JUDGMENT HEARING DATE** |

**GOOD CAUSE APPEARING**, the First Scheduling Order (Doc 126) is modified as follows:

1. The September 10, 2012 discovery cutoff date is hereby re-set to the date of **November 13, 2012**, and

---
1
ORDER GRANTING STIPULATED MOTION TO RESCHEDULE PHASE 1
DISCOVERY CUTOFF AND MOTION FOR SUMMARY JUDGMENT HEARING DATE

2. The hearing date of the defendants' anticipated motions for summary judgment as to the issues of notice, laches, and damages shall be set for **January 7, 2013, at 9:00 AM.**

**IT IS SO ORDERED**.

DATED: August 29, 2012

_____
Honorable James Ware
United States District Court Judge