United States District Court

For the Northern District of California

1
2
3
4                   UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7  AVOCET SPORTS TECHNOLOGY, INC.          No. C-11-04049-EDL (DMR)
8              Plaintiff(s),               **ORDER VACATING SETTLEMENT
                                           CONFERENCE**
9        v.
10  GARMIN INTERNATIONAL, INC.
11             Defendant(s).
   _____/
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14         The parties to this matter have advised the Court that they have agreed to a settlement with
15  respect to all parties and all claims.  [Docket No. 150.]  Therefore, you are hereby notified that the
16  Settlement Conference set for **December 12, 2012 at 10:00 a.m.** before the Honorable Donna M.
17  Ryu is VACATED.
18
19  Dated:  December 11, 2012
20                                         _____
21                                         DONNA M. RYU
22                                         United States Magistrate Judge
23
24
25
26
27
28